

Court Of Appeals

Fourth Court of Appeals District of Texas
San Antonio

★   ★   ★   ★   ★   ★

**MEMORANDUM OPINION**

No. 04-08-00645-CR

Donald Kelton **BYERS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 8, Bexar County, Texas
Trial Court No. 208294
Honorable Karen Crouch, Judge Presiding

PER CURIAM

Sitting:    Catherine Stone, Chief Justice
            Karen Angelini, Justice
            Marialyn Barnard, Justice

Delivered and Filed:   February 25, 2009

DISMISSED

     Appellant has filed a motion to dismiss this appeal by withdrawing his notice of appeal. The

motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.2(a).

                                    PER CURIAM

DO NOT PUBLISH